WILLIAM O. HANEY v. FRED J. RUSSELL, CIRCUIT JUDGE
OF MUSKEGON COUNTY.

*Mandamus—Costs—Final judgment—Writ of error.*

An order granting costs to the defendant in an action for trespass
to lands, on the recovery by the plaintiff of a judgment for
less than $100, is a final judgment, and *mandamus* will not
lie to vacate the order, the remedy being by writ of error.[1]

*Mandamus.*    Argued June 26, 1894.    Denied July 5,
1894.

Relator applied for *mandamus* to compel respondent to
vacate a judgment in favor of the defendant for costs 'in
an action of trespass *qu. cl.*    The facts are stated in the
opinion.

*Walter I. Lillie,* for relator.

*Nelson DeLong,* for respondent.

McGRATH, C. J.    Relator brought trespass *qu. cl.* in the
circuit.    He was not in actual possession, and, in his
declaration, set up title in himself.    He recovered a judg-
ment of $47.50, whereupon the court entered judgment
in favor of defendant for costs.    Relator asks for a *man-
damus* to compel the court to vacate the order granting
costs to defendant.

The order was a final judgment.    All of the facts upon
which the application is based are matters of record, and
relator has another ample and specific remedy.    The ques-

---

[1] See How. Stat. §§ 8964 (subd. 2, 6), 8967, regulating the matter
of costs in such cases.

tion is reviewable upon writ of error. *McFarlane v. Ray*, 14 Mich. 465; *Singer Manfg. Co. v. Benjamin*, 55 Id. 330.

We think the application must be denied.

The other Justices concurred.